UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    CASE NO. 3:04-cv-674-J-25HTS

1,098.22 ACRES OF LAND,
etc., et al.,

        Defendants.
_____

                            **O R D E R**

     This cause is before the Court on Gate's Second Motion to Compel Production of Documents (Doc. #38; Motion). Plaintiff has replied to the Motion. United States' Response to Gate's Second Motion to Compel Production of Documents (Doc. #46; Response).

     Gate asserts that, although it "has acknowledged that [its] request does not seek the production of 'USMC records of the munitions and manpower on Blount Island' or the early production of 'rebuttal expert reports and exhibits[,]'" and counsel have conferred "in an effort to reach agreement on a production schedule[,]" Plaintiff has failed to produce documents in response to Gate's Second Request for Production to Plaintiff United States, attached to the Motion as Exhibit A. Motion at 2. Plaintiff responds that, notwithstanding its belief that many of the documents sought by Gate are irrelevant, "in an effort to avoid

discovery disputes, [it is] providing [them] at defendants' request." Response at 2. Further, "[t]he United States and its numerous departments and agencies have searched and provided to defendant thousands of pages of documents, and continue to search for more." *Id.* at 1. It is stated the "process will be completed, and the remaining documents . . . provided to defendants by May 2, 2005." *Id.*

In light of the foregoing, the Motion (Doc. #38) is **GRANTED** to the extent Plaintiff shall provide the discovery at issue by the date referenced herein.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of May, 2005.

/s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record
    and *pro se* parties, if any