**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO. 3:04-cv-674-J-25HTS

1,098.22 ACRES OF LAND,
etc., et al.,

    Defendants.

## O R D E R

This cause is before the Court on the United States' Motion to Quash Subpoenas Duces Tecum (Doc. #54; Motion). The Motion is opposed. Gate's Opposition to the United States' Motion to Quash Subpoenas Duces Tecum (Doc. #57; Opposition).

The United States requests that the Court "quash non-party subpoenas duces tecum addressed to the Lennar Corporation and Colliers Seeley International, Inc. . . . on the grounds that they seek" documents that are irrelevant. Motion at 1. Gate, in response, argues the materials at issue are discoverable. *See* Opposition at 4.

The Court must initially consider whether Plaintiff has standing to object to the subpoenas, which are addressed to non-parties. Generally, "[a] motion to quash . . . should be made by the person from whom the documents or things are requested." 9A Charles Alan Wright & Arthur R. Miller, *Federal Practice and*

*Procedure* § 2459 (2d ed. 1995). An exception to this rule arises when "the party seeking to challenge the subpoena has a personal right or privilege with respect to the subject matter requested in the subpoena." *Transcor v. Furney Charters, Inc.*, 212 F.R.D. 588, 590 (D. Kan. 2003) (internal quotation marks omitted).

The subpoenas at issue seek materials related to properties located in California. *See* Notice of Service of Subpoena Duces Tecum on Non-Party, attached to the Motion as Exhibit A; Notice of Service of Subpoena Duces Tecum on Non-Party, attached to the Motion as Exhibit B. In the Motion, the United States has discussed, in detail, its position regarding the relevance of these items. However, the Motion includes no indication Plaintiff has or claims any personal right or privilege with respect to the materials. In light of this, Plaintiff has no standing to challenge the subpoenas.

Accordingly, the Motion (Doc. #54) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of August, 2005.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
    and *pro se* parties, if any

- 2 -