**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  CASE NO. 3:04-cv-674-J-25HTS

1,098.22 ACRES OF LAND,
etc., et al.,

    Defendants.

_____

**O R D E R**

This cause is before the Court on the Motion to Add Parties Defendant (Doc. #76; Motion), filed on August 18, 2005. Plaintiff seeks to add parties who may have an interest in the property that is the subject of this condemnation action. *Id*. at 1; *see also* Memorandum in Support of Motion to Add Parties Defendant (Doc. #77), filed on August 18, 2005, at 1.

Pursuant to Rule 71A(c)(2), Federal Rules of Civil Procedure (Rule(s)), Plaintiff is required to "add as defendants all persons having or claiming an interest in [the] property . . . ." In addition, "[w]ithout leave of court, the plaintiff may amend the complaint at any time before the trial of the issue of compensation and as many times as desired[.]" Rule 71A(f). This subdivision of the Rule recognizes that "[d]ue to the number of persons who may be interested in the property to be condemned, there is a likelihood that the plaintiff will need to amend his complaint, perhaps many

times, to add new parties . . . ." Rule 71A Advisory Committee Notes. Consequently, the Rule "does not burden the court with applications by the plaintiff for leave to amend." *Id.* In light of the foregoing, permission is not required for the United States to add Defendants to the case.

Accordingly, the Motion (Doc. #76) is **DENIED AS MOOT.**

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of August, 2005.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record
    and *pro se* parties, if any